IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:14-CR-119** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **ROBERT J. RICE,** | : | |
| | : | |
| **Defendant** | : | |

# ORDER

AND NOW, this 14th day of January, 2016, upon consideration of the government's motion (Doc. 47) *in limine*, which seeks to preclude reference to the legality of certain actions undertaken by defendant Robert J. Rice's ("Rice") wife to obtain evidence in above-captioned case: to wit, the installation of keystroke software on Rice's computer, and the government contending that such matters are irrelevant to the charges contained in the indictment (Doc. 1), see FED. R. EVID. 402, and that the same may confuse, mislead, or distract the jury, see id. R. 403, and it appearing that Rice does not oppose the instant motion, (see Doc. 52), it is hereby ORDERED that:

1. The motion (Doc. 47) *in limine* is GRANTED.

2. Reference to the legality of Rice's wife's conduct in installing keystroke software on Rice's computer shall be precluded at trial.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania