IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:14-CR-119 |
| | ) | |
| v. | ) | (CHIEF JUDGE CONNER) |
| | ) | |
| | ) | |
| ROBERT J. RICE | ) | (ELECTRONICALLY FILED) |

FILED
HARRISBURG, PA
DEC 0 5 2016
PER _____

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**UNITED STATES OF AMERICA TO LIEUTENANT COLONEL KEVIN L. WATSON, COMMANDER, MIDWEST JOINT REGIONAL CORRECTIONAL FACILITY, FORT LEAVENWORTH, KANSAS.**

**GREETINGS:**

**YOU ARE COMMANDED TO PRODUCE NOW,** in the custody of the United States Marshal, or one of his deputies, before the United States District Court at Harrisburg, Pennsylvania, on December 28, 2016 at 10:00 a.m., the person of ROBERT J. RICE, whom it is alleged you legally restrain of his liberty and against whom there are pending certain criminal proceedings in the United States District Court for the Middle District of Pennsylvania, to the end that the said ROBERT J. RICE be heard on the criminal charges above referred to, charging violations of Title 18, United States Code, 2252A(A)(5) and 2., and you are directed to keep the said prisoner safe in custody and confine him from day to day, when not appearing before the Court, in a safe and suitable jail, and, at the conclusion of said proceeding, to immediately return the said ROBERT J. RICE to Midwest Joint Regional Correctional Facility, Fort Leavenworth, Kansas, to serve the balance of the sentence or sentences heretofore posed.

**HEREIN FAIL NOT** and do return made hereof.

**WITNESS** my signature on this, the 5th day of December, 2016.

CHRISTOPHER C. CONNER
Chief Judge, U.S. DISTRICT COURT