IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:14-CR-119 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **ROBERT J. RICE,** | : | |
| | : | |
| **Defendant** | : | |

### ORDER

AND NOW, this 16th day of July, 2020, upon consideration of the government's motion (Doc. 151) to approve contact with prior counsel in preparation for the Section 2255 evidentiary hearing, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 151) to approve contact with prior counsel in preparation for the Section 2255 evidentiary hearing is GRANTED in part and DENIED in part, as follows:

1. Rice's trial counsel shall, within 30 days of this order, file an affidavit responding to the allegations of ineffectiveness raised in Rice's Section 2255 motion. The affidavit shall include information and documentation reasonably necessary to respond to the allegations of ineffectiveness of counsel. If trial counsel elects to append any documents to his affidavit, counsel shall redact any information which is not pertinent to the allegations in the instant petition.

2. Any information disclosed by trial counsel shall be limited exclusively to use in this Section 2255 proceeding and any appeal that follows.

   /S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania